IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 Proceedings |
| RAMON AUGUSTUS KEE | ) |
| DEBORAH JEAN KEE | ) CASE NO. 4-13-bk-08070-BMW |
| | ) |
| | ) **ORDER FOR PAYMENT OF** |
| | ) **UNCLAIMED FUNDS TO THE U.S.** |
| Debtor(s) | ) **BANKRUPTCY COURT** |
| | ) |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over the amount of $5,093.21 to the Clerk of the Court to be deposited in the Registry thereof.

DATED AND SIGNED ABOVE